UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 00CR3233-JM |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |
| ENRIQUE GARCIA-CARDENAS (2), DANIEL MARTINEZ-RIVERA (7), MARTIN ROMO-CHAIREZ (8), RAFAEL SOTO-VILLAGRANA (9), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: March 15, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge